**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 3:26-CR-6** |
| | : | |
| **ANTHONY EDMOND, et al.,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that

Case No. 3:26-CR-6, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:26-CR-6, be unsealed.

SO ORDERED, this 23rd day of June, 2026.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:
*s/ Michael Morrison*
MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY