**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 3:26-CR-00006-TES** |
| | : | |
| **ANTHONY EDMOND,** | : | |
| **RAFAEL ENRIQUEZ, and** | : | |
| **MELVIN GRIFFIN** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER GRANTING GOVERNMENT'S CONSENT MOTION TO DECLARE CASE
COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B) AND TO CONTINUE THE
CASE FROM THE COURT'S UPCOMING TRIAL TERM**

Before the Court is the Government's Consent Motion to Declare Case Complex

Pursuant to 18 U.S.C. § 3161(h)(7)(B) and Continue the Case from the Court's Upcoming

Trial Term. [Doc. 55]. The Grand Jury indicted the defendants on April 15, 2026, in a

23-count indictment. [Doc. 1]. Each of the above-named defendants have been arraigned

before U.S. Magistrate Judge Charles H. Weigle.

In its Motion, the Government indicates that this case involves a "long term

investigation conducted by federal, state, and local law enforcement agencies." [Doc.

55, p. 2]. Additionally, the Government asserts that "discovery in this case consists of

hundreds of reports, videos, photographs, phone extraction downloads, and other

electronically stored information which is so voluminous and complex that it will

require that the parties have additional time to review and understand the nature and

implications of the material once it is received." [*Id.*]. So that the parties may effectively

1

prepare for trial or plea negotiations, the Government, with the consent of each defendant, requests that the Court: (1) declare this case complex; (2) extend deadlines for discovery; and (3) continue this case from the Court's pretrial status conference scheduled for August 6, 2026, and the September 2026 Trial Term.

Due to the nature of the indictment against the defendants as well as the nature and volume of discovery, the above-captioned matter is certified as complex. *See* 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii). For that reason, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial, and the Court **GRANTS** the Motion to Declare Case Complex [Doc. 55]. Accordingly, the Court **TERMINATES** the deadlines set forth in the Standard Pretrial Orders. The parties shall submit to the Court for consideration a Proposed Amended Scheduling Order with revised discovery and pre-trial motion deadlines as well as dates for a Pretrial Conference and a proposed date for trial. The delay occasioned by this Order shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h).

**SO ORDERED**, this 20th day of July, 2026.

s/Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**